# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 09-01458 RWR |
| | ) |
| Plaintiff, | ) Judge Richard W. Roberts |
| | ) |
| v. | ) **NOTICE OF APPEARANCE OF** |
| | ) **ALICIA J. BENTLEY** |
| FIRST CHOICE ARMOR & EQUIPMENT, | ) |
| INC., EDWARD DOVNER, KAREN | ) |
| HERMAN, EXOTIC CARS LLC, EXCEL | ) **RELATED CASES:** |
| AVIATION, LLC, AND MRSA JETS, LLC. | ) United States ex rel. Westrick v. Second Chance Body Armor, Inc., et al. (D.D.C. No. 04-0280 RWR); United States v. Toyobo Co. Ltd., et al. (D.D.C. No. 07-1144 RWR); United States v. Honeywell Int'l., Inc., (D.D.C. No. 08-961 RWR); United States v. Lincoln Fabrics, LLC, (D.D.C. No. 09-2044 RWR) |
| Defendants. | ) |

COMES NOW, Alicia J. Bentley, Trial Attorney, United States Department of Justice, Civil Division, Commercial Litigation Branch, Patrick Henry Building, Rm. 9126, 601 D Street, NW, Washington, D.C. 20530, (Tel) 202/616-9854, (Fax) 202/514-0280, alicia.bentley@usdoj.gov, who now enters an appearance in this case on behalf of plaintiff United States of America.

Dated: November 3, 2009

Respectfully submitted,

TONY WEST
ASSISTANT ATTORNEY GENERAL

By: _____
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
CALLIE R. OWEN

A. THOMAS MORRIS
JENNIFER CHORPENING
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:    202-616-9854
Fax:   202-305-7797

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2009, a copy of the foregoing was served by first class mail, postage prepaid, as indicated below upon:

Counsel for Defendants First Choice Armor & Equipment, Inc., Edward Dovner, Karen Herman, Exotic Cars, LLC, Excel Aviation, LLC, and MRSA Jets, LLC:

> Ross A. Nabatoff, Esq.
> THE BRAND LAW GROUP
> 923 Fifteenth Street, N.W.
> Washington, D.C. 20005

_____
Alicia J. Bentley