# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>FIRST CHOICE ARMOR &<br>EQUIPMENT, INC., *et al.*,<br><br>    Defendants. | ) Civ. Action No. 09-01458 RWR<br>)<br>) Judge Richard W. Roberts<br>)<br>) NOTICE OF VOLUNTARY DISMISSAL<br>) Fed. R. Civ. Proc. 41(a)(1)(A)<br>)<br>) RELATED CASES: United States ex rel. Westrick v.Second Chance Body Armor, Inc., et al. (D.D.C. No. 04-0280 RWR); United States v. Toyobo Co., Ltd., et al. (D.D.C. No. 07-1144 RWR); United States v. Honeywell International, Inc.(D.D.C. 08-261 RWR).<br>)<br>) |

NOTICE is hereby given under Federal Rule of Civil Procedure 41(a)(1)(A) that the United States hereby voluntarily dismisses this action with prejudice against all Defendants pursuant to the Settlement Agreement between the United States and all Defendants and in return for a payment of $250,000.

Dated: October 18, 2012

STUART F. DELERY
ACTING ASSISTANT ATTORNEY GENERAL

By: _____
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
A. THOMAS MORRIS
JENNIFER CHORPENING
JENNIFER J. KOH
ATTORNEYS
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044

Tel:  (202) 616-9854
Fax:  (202) 514-0280

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2012 a true and correct copy of the foregoing document was furnished by first-class mail, postage prepaid, to:

Stanley M. Brand, Esq.
Ross A. Nabatoff, Esq.
BRAND LAW GROUP
923 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel:    (202) 662-9700

Complex Law Group, LLC
David M. Cohen, Esq.
40 Powder Springs Street
Marietta, Georgia 30064
Tel:    (770) 200-3100
Fax:   (770) 200-3101

Counsel for Defendants
FIRST CHOICE ARMOR & EQUIPMENT, INC.,
EDWARD DOVNER, KAREN HERMAN,
EXOTIC CARS LLC, EXCEL AVIATION, LLC,
MRSA JETS, LLC

By: _____
/Jennifer Chorpening